IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

**MARKEITH REYNOLDS,**                          No. 08-30172-DRH

**Defendant.**

### ORDER

**HERNDON, Chief Judge:**

Before the Court is a motion to continue trial submitted by Markeith Reynolds (Doc. 26). Defendant argues that his Counsel has yet to review all the discovery material related to the case or to meet with Defendant to discuss the discovery material. To force the Defendant to trial without adequate time to prepare would constitute a miscarriage of justice. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant Reynolds in a speedy trial. Therefore, the Court **GRANTS** Defendant Reynolds's motion to continue trial (Doc. 26) and **CONTINUES** the jury trial scheduled for October 27, 2008 until **December 8, 2008 at 9:00 a.m.** The time from the date Defendant Lowe's motion was filed, October 23, 2008 until the date on which the trial is rescheduled,

December 8, 2008, is excludable time for the purposes of a speedy trial.

**IT IS SO ORDERED.**

Signed this 24th day of October, 2008.

/s/ David R Herndon
**Chief Judge
United States District Court**