IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**MARKEITH REYNOLDS,**  No. 08-CR-30172-DRH

**Defendant.**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a second motion to continue trial submitted by Defendant Reynolds (Doc. 30). The Defendant argues that his counsel as been appointed to represent another defendant in a criminal case in the Eastern District of Missouri which involves significant time in an effort to prepare for trial. Defendant also argues that his counsel has several other cases which he has spent time preparing for and has not been able to complete the investigation of the factual and legal issues involved in Defendant Reynolds' case. In addition, Defendant and the government continue to explore a possible negotiated resolution to avoid a trial and need additional time to explore their options and continue investigation into the case. Having considered the reasons set forth in the motion, the Court finds the trial should be postponed. To force a Defendant to trial without adequate time to prepare would constitute a miscarriage of justice. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant Reynolds in a speedy

trial. Therefore, the Court **GRANTS** Defendant Reynolds' motion to continue trial (Doc. 30) and **CONTINUES** the jury trial scheduled for December 8, 2008 until **January 20, 2009 at 9:00 a.m.** The time from the date Defendant's motion was filed, November 24, 2008 until the date on which the trial is rescheduled, January 20, 2009, is excludable time for the purposes of a speedy trial.

**IT IS SO ORDERED.**

Signed this 25th day of November, 2008.

/s/     *DavidRHerndon*
**Chief Judge**
**United States District Court**