IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

**MARKEITH REYNOLDS,**                      No. 08-30172-DRH

**Defendant.**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant Markeith Reynolds' Motion Requesting Pretrial Hearing on Admissibility of 404(b) Evidence (Doc. 51). Defendant Reynolds requests a hearing on the admissibility of any 404(b) evidence that the Government plans to introduce. The Government has filed a Notice of Intent to Introduce 404(b) Evidence (Doc. 57) stating that it seeks to introduce testimony from Derrick Barefield. The Government states that Derrick Barefield will testify that he supplied Defendant with crack cocaine from the Summer of 2006 until the Summer of 2007. Therefore, the Court **GRANTS** Defendant's request for a pretrial hearing on the admissibility of 404(b) as to the evidence sought to be introduced relative to Derrick Barefield regarding evidence prior to April 18, 2007. The Court sets the pretrial hearing for **March 27, 2009 at 2:30 p.m.**

Further, the Court **FINDS AS MOOT** Defendant's Motion for Disclosure of Intent of Government to Offer 404(b) Evidence (Doc. 48) as the Government has now

disclosed hybrid 404(b) and inextricably intertwined evidence.

**IT IS SO ORDERED.**

Signed this 24th day of March, 2009.

/s/ David R Herndon
**Chief Judge
United States District Court**