IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**MARKEITH REYNOLDS,**

**Defendant.**  No. 08-30172-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is the United States of America's Motion to Dismiss (Doc. 81). The Court understands that the Defendant has pled to an Information charging a violation of Title 21, United States Code, Section 843(b). Therefore, the Court **GRANTS** the motion to dismiss (Doc. 81) and **DISMISSES** the Indictment with prejudice.

**IT IS SO ORDERED.**
Signed this 16th day of April, 2009.

/s/    David R Herndon

**Chief Judge**
**United States District Court**